No. 244. E. J. KELLY v. F. E. WATKINS AND PAUL S. COTNER. Error to the Supreme Court of the State of Oklahoma. Submitted March 15, 1927. Decided March 21, 1927. *Per Curiam.* Dismissed on the authority of the Act of September 6, 1916, c. 448, § 6 (39 Stat. 727), and of *Morse* v. *United States,* 270 U. S. 151. *Mr. H. A. Ledbetter* for plaintiff in error. *Messrs. J. B. Moore, W. Y. Dilley* and *A. T. West* for defendants in error.